UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL D. HICKMAN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGEPETH, Warden,<br><br>　　　　　Respondent. | 1:12-cv-00547-LJO-SKO-HC<br><br>ORDER RE: FINDINGS AND<br>RECOMMENDATIONS (DOC. 15)<br><br>ORDER DENYING PETITIONER'S<br>REQUESTS FOR INJUNCTIVE RELIEF<br>(Docs. 8, 11) |

　　　Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1) and Local Rules 302 and 303.

　　　On June 21, 2012, the Magistrate Judge filed findings and recommendations recommending the denial of Petitioner's motions for injunctive relief. The findings and recommendations permitted the filing of objections within thirty days and a reply within fourteen days thereafter. The findings and recommendations were served on all parties on the same date.

　　　On July 31, 2012, Petitioner filed objections to the findings and recommendations, which the Court will consider to have been timely filed.

1

1    Although the time for the filing of a reply has passed, no
2 reply has been filed.
3    In accordance with the provisions of 28 U.S.C. § 636
4 (b)(1)(C), this Court has conducted a *de novo* review of the case.
5 The undersigned has carefully reviewed the entire file and has
6 considered the objections; the undersigned has determined there
7 is no need to modify the findings and recommendations based on
8 the points raised in the objections.  The Court finds that the
9 findings and recommendations are supported by the record and
10 proper analysis.
11    Accordingly, it is ORDERED that Petitioner's motions for
12 injunctive relief are DENIED.
13 **IT IS SO ORDERED.**
14 **Dated:   August 20, 2012**           /s/ Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE