**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL D. HICKMAN,<br><br>      Petitioner,<br><br>   v.<br><br>ANTHONY HEDGEPETH, Warden,<br><br>      Respondent. | Case No. 1:12-cv-00547-LJO-SKO-HC<br><br>ORDER DIRECTING RESPONDENT TO FILE NO LATER THAN THIRTY DAYS AFTER THE DATE OF SERVICE OF THIS ORDER OPPOSITION OR NOTICE OF NON-OPPOSITION TO PETITIONER'S SUPPLEMENTAL TRAVERSE AND SUPPLEMENTAL MOTION FOR AN EVIDENTIARY HEARING (DOC. 32)<br><br>ORDER PERMITTING PETITIONER TO FILE A REPLY NO LATER THAN THIRTY (30) DAYS AFTER THE DATE OF SERVICE OF ANY OPPOSITION |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 that was filed on April 9, 2012, and which Respondent answered on July 25, 2012. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 303.

    Petitioner filed his traverse on November 20, 2012, and a supplement less than a week later. Without seeking leave of Court, Petitioner filed on December 9, 2013, what appears to be a supplement to Petitioner's traverse as well as a renewed request for

1

an evidentiary hearing. Respondent should have an opportunity to review the supplemental submissions and respond by way of opposition, notice of non-opposition, or other appropriate procedure. Petitioner should have an opportunity to reply to any opposition filed by Respondent.

Accordingly, it is ORDERED that:

1) Respondent shall FILE no later than thirty (30) days after the date of service of this order opposition or notice of non-opposition to Petitioner's supplemental submissions; and

2) Petitioner may FILE a reply no later than thirty (30) days after the date of service of any opposition.

IT IS SO ORDERED.

Dated: **December 16, 2013**  /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE